| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Edward Leon Guy III, M.E., J.D.<br>4301 Don Tomaso Drive Apt 3<br>Los Angeles, CA. 90008<br>(323) 291 - 4060 | FILED<br>NOV - 8 2019<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: _____ Deputy Clerk |

☒ Individual appearing without attorney
☐ Attorney for

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

In re:

EDWARD LEON GUY III

Debtor(s).

EDWARD LEON GUY III

Plaintiff(s),
vs.
MAS FINANCIAL SERVICES, INC; AND DOES 1 through 10 Inclusive

Defendant.

CASE NO.: 2;18-bk-14843-VZ
CHAPTER: 13
ADVERSARY NO.: 2-ap-01379-VZ  (19-)

## NOTICE OF VOLUNTARY DISMISSAL OF AN ADVERSARY PROCEEDING THAT DOES NOT INVOLVE CLAIMS UNDER 11 U.S.C. § 727

[FRBP 7041(a)]    12-5-19
(10)

A complaint was filed on (date) __09/18/2019__ and none of the claims involve 11 U.S.C. § 727:

☒ No response has been filed with the court or served on the plaintiff; or
☐ The parties filed a stipulation to dismiss the adversary proceeding on (date) _____ ; or
☐ The parties orally stipulated to dismiss on the record of the court on (date) _____.

Notice is given that the above-entitled contested matter [docket entry # ____ ] is dismissed pursuant to FRBP 7041(a).

Date: ~~09/06/2019~~
11/6/19

Edward Leon Guy III, In pro se
Printed name of law firm (if applicable)
Edward Leon Guy III, In pro se
Printed name of individual Movant or attorney for Movant

_[signature]_
Signature of individual Movant or attorney for Movant

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2014    Page 1    F 7041-1.ADV.VOLUNTARY.DISMISSAL

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:


A true and correct copy of the foregoing document entitled: **NOTICE OF VOLUNTARY DISMISSAL OF AN ADVERSARY PROCEEDING THAT DOES NOT INVOLVE CLAIMS UNDER 11 U.S.C. § 727** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) __11/07/2019__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/07/2019 | Bryant Moore | *(signature)* |
|---|---|---|
| Date | Printed Name | Signature |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2014                                                Page 2                             F 7041-1.ADV.VOLUNTARY.DISMISSAL

MAILING LIST FOR ADVERSARY COMPLAINT

Honorable Vincent Zurzolo
255 E. Temple Street
Crtrm 1368
Los Angeles, CA. 90012


MAS FINANCIAL SERVICES
AYSUN MORITZKY
501 N PARKCENTER DR
SANTA ANA CA 92705